AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

VALLEY FRUIT ORCHARDS, LLC,
and GREEN ACRES FARMS, INC.,

                     Plaintiffs,       **JUDGMENT IN A CIVIL CASE**

v.

GLOBAL HORIZONS MANPOWER, INC.,
and MORDECHAI ORIAN,         CASE NUMBER: 2:09-CV-03071-RMP

                     Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs are AWARDED damages in the amount of $443,486.48.

April 22, 2011                               JAMES R. LARSEN
*Date*                                          *Clerk*
                                                s/ Jaime M. White
                                                *(By) Deputy Clerk*
                                                Jaime M. White